UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEKESHON NEDD,

                Plaintiff,

       -against-

SOUND DESIGN ALARM INC. and
RICHARD PAPPAS,

             Defendants.

1:19-cv-08229

ORDER

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:   3/24/2020 |

MARY KAY VYSKOCIL, United States District Judge:

     A review of court records indicates that the complaint in this action was filed on

September 4, 2019, and that no proof of service of the summons and complaint has been filed.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is
> filed, the court – on motion or on its own after notice to the
> plaintiff – must dismiss the action without prejudice against that
> defendant or order that service be made within a specified time.
> But if the plaintiff shows good cause for the failure, the court must
> extend the time for service for an appropriate period.

     The plaintiff is directed to serve the summons and complaint on the defendant on or

before April 20, 2020.  If service has not been made on or before April 20, 2020, and if plaintiff

fails to show cause, in writing, why service has not been made, the complaint will be dismissed

for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

**Date:  March 24, 2020**
**     New York, NY**

                   _____
                   **MARY KAY VYSKOCIL**
                   **United States District Judge**