```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEKESHON NEDD,

                Plaintiff,

-against-

SOUND DESIGN ALARM INC. and
RICHARD PAPPAS,

                Defendants.

1:19-cv-08229-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff filed the Complaint on September 4, 2019 [ECF No. 1]. An executed Waiver of the Service of Summons was filed by counsel for Plaintiff on August 11, 2020 [ECF No. 11]. The Waiver of the Service of Summons signed by counsel for Defendants provides that the request to waiver service was sent on September 4, 2019, and that Defendants understand that they must file and serve an answer or a motion under Rule 12 within sixty days from that date (November 3, 2019) and that failure to do so will result in entry of a default judgment. The docket entry, however, states that the request to waive service was sent on July 13, 2020, and that answers were due on September 11, 2020. In any event, to date, Defendants have not answered the Complaint or otherwise responded.

      Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **November 29, 2020**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**SO ORDERED.**

Date: October 30, 2020
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**