```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEKESHON NEDD,

               Plaintiff,

-against-

SOUND DESIGN ALARM INC. and
RICHARD PAPPAS,

               Defendants.

1:19-cv-08229

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On January 27, 2021, Plaintiff in this Fair Labor Standards Act ("FLSA") case filed a fully executed proposed settlement agreement and letter seeking judicial approval of the settlement. [ECF No. 17.] On January 29, 2021, the Court denied Plaintiff's request without prejudice because Plaintiff's submission did not provide enough information for the Court to review meaningfully the proposed settlement. [ECF No. 18.] On February 18, 2021, Plaintiff filed an amended, more detailed letter requesting judicial approval of the settlement agreement. [ECF No. 20.]

The Court has reviewed Plaintiff's submission for fairness in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), and has concluded that the terms are fair and reasonable. It should be noted, however, that the Court is not opining specifically on the reasonableness of the rates charged by Plaintiff's attorney.

Accordingly, the settlement is approved, and the Court ORDERS that the case be dismissed with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn any remaining dates, and close this case.

**SO ORDERED.**

**Date: February 19, 2021**
**New York, NY**

*(signed)* **MARY KAY VYSKOCIL**
**United States District Judge**